1  Jennifer E. Hoekel (NV Bar No. 12775)
2  jennifer.hoekel@huschblackwell.com
   HUSCH BLACKWELL LLP
3  8001 Forsyth Boulevard
   St. Louis, MO 63105
4  314-480-1500 Telephone

5  *Counsel for Defendant Johnson Level & Tool*
6  *Mfg. Co.*

7                    **UNITED STATES DISTRICT COURT**
8                          **DISTRICT OF NEVADA**

9
10  CALCULATED INDUSTRIES, INC., a
    Nevada corporation,                    Case No.: 3:23-cv-00188-LRH-CLB
11
                *Plaintiff*,               **ORDER GRANTING JOINT**
12  v.                                     **STIPULATION FOR EXTENSION OF**
                                           **TIME FOR DEFENDANT TO RESPOND**
13  JOHNSON LEVEL & TOOL MFG. CO., a       **TO COMPLAINT**
    Wisconsin corporation,
14                                         **FIRST REQUEST**
                *Defendant*.

25676083.1

Plaintiff Calculated Industries, Inc. ("Calculated Industries" or "Plaintiff") and Defendant Johnson Level & Tool Mfg. Co., Inc. ("Johnson Level" or "Defendant"), hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional twenty-one (21) days, up to and including June 16, 2023, for Defendant to answer, move or otherwise respond to the complaint in this action, and in support, state as follows:

1. Plaintiff filed its Complaint on May 4, 2023 (ECF No. 1).

2. Defendant was served via its registered agent on May 5, 2023, and, therefore the operable deadline for Defendant to answer or otherwise respond to the Complaint is May 26, 2023.

3. Defendant has retained counsel who are currently in preliminary discussions with Plaintiff's counsel, and, therefore, require additional time to investigate the allegations of the Complaint and prepare an answer or otherwise respond to the Complaint.

4. The requested extension should not disrupt the schedule in this case or prejudice any party.

5. This is the first stipulation for extension of time for Defendant to file its answer, move, or otherwise respond to the complaint in this action.

WHEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional twenty-one (21) days, up to and including **June 16, 2023**, for Defendant to answer, move, or otherwise respond to the complaint in this action and for such other and further relief as the Court deems just and proper in the premises.

WHEREFORE, the parties further stipulate and agree that the granting of this stipulation shall not be considered a waiver of any rights or remedies belonging to either party.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 18, 2023