Jennifer E. Hoekel (NV Bar No. 12775)
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
St. Louis, MO 63105
314-480-1500 Telephone

*Counsel for Defendant Johnson Level & Tool Mfg. Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALCULATED INDUSTRIES, INC., a Nevada corporation,<br><br>*Plaintiff*,<br>v.<br><br>JOHNSON LEVEL & TOOL MFG. CO., a Wisconsin corporation,<br><br>*Defendant*. | Case No.: 3:23-cv-00188-LRH-CLB<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**SECOND REQUEST** |

Plaintiff Calculated Industries, Inc. ("Calculated Industries" or "Plaintiff") and Defendant Johnson Level & Tool Mfg. Co., Inc. ("Johnson Level" or "Defendant"), hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional twenty-one (21) days, up to and including July 7, 2023, for Defendant to answer, move or otherwise respond to the complaint in this action, and in support, state as follows:

1. Plaintiff filed its Complaint on May 4, 2023 (ECF No. 1).

2. Defendant was served via its registered agent on May 5, 2023, and, therefore the operable deadline for Defendant to answer or otherwise respond to the Complaint is May 26, 2023.

3. The parties a Joint Stipulation for Extension of Time for Defendant to Respond to Complaint on May 18, 2023 (ECF No. 10) extending Defendant's response deadline to June 16, 2023 (granted the same day as ECF No. 11). The parties now stipulate to an additional twenty-one (21) days, up to and including July 7, 2023 for Defendant to answer, move or otherwise respond to the complaint in this action.

4. Defendant's counsel remains in preliminary discussions with Plaintiff's counsel, and, therefore, requires additional time to investigate the allegations of the Complaint and prepare an answer or otherwise respond to the Complaint.

5. The requested extension should not disrupt the schedule in this case or prejudice any party.

6. This is the second stipulation for extension of time for Defendant to file its answer, move, or otherwise respond to the complaint in this action.

WHEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional twenty-one (21) days, up to and including July 7, 2023, for Defendant to answer, move, or otherwise respond to the complaint in this action and for such other and further relief as the Court deems just and proper in the premises.

WHEREFORE, the parties further stipulate and agree that the granting of this stipulation shall not be considered a waiver of any rights or remedies belonging to either party.

**No further extensions of time will be granted absent extraordinary circumstances.**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __June 12, 2023_____

Date: June 9, 2023

Respectfully submitted,

By: /s/ Matthew D. Francis (with permission)
MATTHEW D. FRANCIS
Nevada Bar No.: 6978
ARTHUR A. ZORIO
Nevada Bar No.: 6547
BROWNSTEIN HYATT FARBER
  SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Plaintiff
Calculated Industries, Inc.*

Respectfully submitted,

By: /s/ Jennifer E. Hoekel
Jennifer E. Hoekel (NV Bar No. 12775)
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
St. Louis, MO 63105
314-480-1500 Telephone

*Counsel for Defendant Johnson Level & Tool Mfg. Co.*