# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALCULATED INDUSTRIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON LEVEL & TOOL MFG. CO., INC., a Wisconsin corporation,<br><br>Defendant. | Case No.: 3:23-cv-00188-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO STAY CASE** |

Plaintiff Calculated Industries, Inc. and Defendant Johnson Level & Tool Mfg. Co., Inc., by and through their undersigned counsel, hereby provide notice that the parties have executed a written settlement agreement. The parties request that this Court stay proceedings for 6 months from today's date so the parties may perform their obligations under the settlement agreement. At the end of the 6 month period, January 31, 2024, the parties will file a Rule 41 dismissal or a status report.

///

///

///

///

///

IT IS SO STIPULATED:

Dated this 31st day of July, 2023                    Dated this 31st day of July, 2023

By: /s/ *Matthew D. Francis*                         By: /s/ *Jennifer E. Hoekel*
   MATTHEW D. FRANCIS                                 JENNIFER E. HOEKEL
Nevada Bar No. 6978                                  Nevada Bar No. 12775
ARTHUR A. ZORIO                                      HUSCH BLACKWELL LLP
Nevada Bar No. 6547                                  8001 Forsyth Blvd., Suite 1500
BROWNSTEIN HYATT FARBER                              St. Louis, MO 63105
SCHRECK, LLP                                         Telephone: 702-949-8200
5520 Kietzke Lane, Suite 110                         jennifer.hoekel@huschblackwell.com
Reno, Nevada 89511
Telephone: 775-324-4100                              *Attorneys for Defendant*
mfrancis@bhfs.com
azorio@bhfs.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: 8/8/23

- 1 -