UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALCULATED INDUSTRIES, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNSON LEVEL & TOOL MFG. CO., INC., a Wisconsin corporation,<br><br>    Defendant. | Case No. 3:23-cv-00188-LRH-CLB<br><br>MINUTE ORDER<br><br>March 29, 2024 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the Court is a Joint Status Report (ECF No. 24) requesting an additional 30-day stay as the Parties are currently engaged in performing their obligations under their written settlement agreement. Good cause appearing,

IT IS ORDERED that a continued stay of the proceedings until April 29, 2024 is GRANTED.

IT IS FURTHER ORDERED that the Parties shall file a joint stipulation for dismissal with prejudice and proposed order no later than April 29, 2024.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE