BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Tel. 775-324-4100

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALCULATED INDUSTRIES, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHNSON LEVEL & TOOL MFG. CO., INC., a Wisconsin corporation,<br><br>　　　　Defendant. | Case No.: 3:23-cv-00188-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Calculated Industries, Inc. and Defendant Johnson Level & Tool Mfg. Co., Inc., by and through their undersigned counsel, hereby stipulate to dismiss this action and all claims between and against them with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Each party shall bear their own attorneys' fees and costs.

///

///

///

///

///

///

///

- 1 -

IT IS SO STIPULATED:

Dated this 23rd day of April, 2024

By: /s/ *Matthew D. Francis*
MATTHEW D. FRANCIS
Nevada Bar No. 6978
ARTHUR A. ZORIO
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
mfrancis@bhfs.com
azorio@bhfs.com

*Attorneys for Plaintiff*

Dated this 23rd day of April, 2024

By: /s/ *Jennifer E. Hoekel*
JENNIFER E. HOEKEL
Nevada Bar No. 12775
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone: 702.949.8200
jennifer.hoekel@huschblackwell.com

*Attorneys for Defendant*

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this action and all claims between and against them are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS ORDERED that each party shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss this action, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

DATED this 23rd day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE